**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Denzel Dorsey,<br><br>            Plaintiff,<br><br>    v.<br><br>State of Nevada,<br><br>            Defendant. | Case No. 2:22-cv-01393-ART-BNW<br><br>**ORDER** |

Plaintiff initiated this action with an application to proceed *in forma pauperis* but did not file a complaint. For this Court to proceed with his case, he must submit a complaint.

**IT IS THEREFORE ORDERED** that Plaintiff must file a complaint by September 26, 2022. Failure to comply with this Order may result in a recommendation to the District Judge that this case be dismissed.

DATED: August 29, 2022

                                                                                            _____
                                                                                            BRENDA WEKSLER
                                                                                            UNITED STATES MAGISTRATE JUDGE