**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Denzel Dorsey,<br><br>           Plaintiff,<br><br>   v.<br><br>State of Nevada,<br><br>           Defendant. | Case No. 2:22-cv-01393-ART-BNW<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Denzel Dorsey initiated this case on August 25, 2022. ECF No. 1. Plaintiff's first filing did not include a complaint. *Id.* Accordingly, the Court ordered Plaintiff to file a complaint by September 26, 2022. ECF No. 2. The Court advised Plaintiff that a failure to comply with its order may result in a recommendation that this case be dismissed. *Id.* Since this last order, Plaintiff has not taken any action in this case. Accordingly, it appears that Plaintiff abandoned his case.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice.

**IT IS FURTHER RECOMMENDED** that Plaintiff's *in forma pauperis* application (ECF No. 1) be DENIED as moot.

**NOTICE**

This report and recommendation ("R&R") is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this R&R may file a written objection supported by points and authorities within 14 days of being served with this R&R. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 11, 2022.

Brenda Weksler
United States Magistrate Judge