UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENZEL DORSEY,<br><br>                              Plaintiff,<br>      v.<br>STATE OF NEVADA<br><br>                             Defendant. | Case No. 2:22-cv-01393-ART-BNW<br><br>ORDER |

      *Pro se* Plaintiff Denzel Dorsey brings this action under 28 U.S.C. § 2255. In ECF No. 1, Plaintiff failed to include a complaint with his filing of an *in forma pauperis* application. In ECF No. 2, Magistrate Judge Weksler ordered Plaintiff to file a complaint by September 26, 2022. Plaintiff has not taken any subsequent action in this case in accordance with Magistrate Judge Weksler's order. (ECF No. 2). Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Brenda Weksler (ECF No. 3), recommending that: 1) Plaintiff's case be dismissed without prejudice; and 2) Plaintiff's *in forma pauperis* application (ECF No. 1) be denied as moot. Plaintiff had until October 25, 2022, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R, and will take the recommended actions.

      The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the

magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Weksler did not clearly err. Here, Judge Weksler ordered Plaintiff to submit a complaint by September 26, 2022. (ECF No. 2). Plaintiff failed to do so. Judge Weksler therefore recommends that Plaintiff's case be dismissed without prejudice because Plaintiff failed to file the complaint. (ECF No. 3 at 1.) The Court agrees with Judge Weksler. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Weksler's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's *in forma pauperis* application (ECF No. 1) be denied as moot.

It is further ordered that this case be dismissed without prejudice.

The Clerk of Court is respectfully directed to close this case.

DATED THIS 18th Day of July 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE